## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 673
:
APPOINTMENT TO DOMESTIC : CIVIL PROCEDURAL RULES DOCKET
RELATIONS PROCEDURAL RULES :
COMMITTEE :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of December, 2017, the Honorable Kim D. Eaton, in her capacity as Administrative Judge of the Family Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee to serve at the pleasure of the Court, commencing January 3, 2018.